

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00063-CV

| | | |
|---|---|---|
| Enterprising Gals of Texas, L.L.C. d/b/a Wheel Repair Solutions | § | From the 442nd District Court |
| | § | of Denton County (14-05411-393) |
| v. | § | July 26, 2018 |
| Angelica Sprehe, Ryan Sprehe, and ARS Wheel Repair, Inc. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Enterprising Gals of Texas, L.L.C. d/b/a Wheel Repair Solutions shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel